

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00374-CV

Amber **WRAY**,
Appellant

v.

Jonathon A. **PAPP**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12563
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED and the cause is REMANDED for a new hearing. Costs of this appeal are taxed against Appellee Jonathon A. Papp.

SIGNED May 21, 2014.

_____
Patricia O. Alvarez, Justice